United States District Court
Northern District of York
-------------------------------------------------------------x

PAPAYA STUDIO CORPORATION, aka
PAPAYA STUDIO, a California corporation,　　　　Case No.: 1:12-CV-0813
　　　　　　　　　　　　　　　　　　　　　　　　　　(FJS/DRH)

　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　ORDER ~~TO SHOW CAUSE~~

FILLPOINT, LLC, dba Crave Games, dba
Red Wagon Games, inclusive,

　　　　　　　　　　Defendant.
-------------------------------------------------------------x

TO DEFENDANT, FILLPOINT, LLC:

　　　　Upon the annexed Declaration of Lin Shen, together with exhibits annexed thereto, Plaintiff's Memorandum of Law, and the prior pleadings,

　　　　YOU ARE HEREBY ORDERED TO SHOW CAUSE before the Hon. Frederick J. Scullin, Jr., ~~in Courtroom ___~~ at the Courthouse located at 445 Broadway, Albany, New York, on the 6th day of June ~~May~~ 2012 at 10 a.m., or as soon thereafter as counsel can be heard why an order pursuant to Fed. R. Civ. P. Rule 65 should not be entered restraining and enjoining you, your officers, agents, servants, employees and attorneys and those in active concert or participation with you or them, and any and all subsidiaries, parents, affiliates or divisions thereof (collectively referred to herein as "Fillpoint") from selling, distributing, delivering, or marketing any video games or

other products containing the intellectual property rights of Papaya, including, without limitation, any games titled "Cartoon Network Punch Time Explosion" ("Punch Time").

~~PENDING HEARING on the above Order to Show Cause, you, your officers, agents, servants, employees and attorneys and those in active concert or participation with you or them, including, but not limited to, Fillpoint, ARE HEREBY RESTRAINED AND ENJOINED from selling, distributing, delivering, or marketing any video games or other products containing the intellectual property rights of Papaya, including, without limitation, any Punch Time games. The above Temporary Restraining Order is effective on Plaintiff's filing an undertaking in the sum of $_____~~. This Order ~~to Show Cause~~ and supporting papers must be served on Defendant by personal service, overnight delivery or facsimile no later than _Monday, May 21, 2012_ ~~days before the date set for hearing~~, and proof of service shall be filed no later than _Tuesday, May 29, 2012_ ~~days before the hearing~~. Any response or opposition to this Order ~~to Show Cause~~ must be filed and served on Plaintiff's counsel ~~by personal service, overnight delivery or facsimile~~ no later than _Tuesday, May 29, 2012_ ~~court days before the date set for hearing~~, and proof of service shall be filed no later than _Monday, June 4, 2012_ ~~court days before the hearing~~.

Dated: May 18, 2012

_[signature]_
Senior UNITED STATES DISTRICT COURT JUDGE